IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT W. TAYLOR D/B/A<br>TAYLOR'S TRADING POST<br><br>Petitioner,<br><br>v.<br><br>ALPHONSO HUGHES<br>Director of Industry Operations,<br>Bureau of Alcohol Tobacco<br>Firearms and Explosives,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.:   1:12-cv-00138-JEJ<br><br>District Judge: John E. Jones<br><br>Magistrate Judge: Martin C. Colson |

**PETITIONER'S F.R.C.P. 56(d) MOTION**
**FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**

Now comes the Petitioner, Scott W. Taylor d/b/a Taylor's Trading Post, by and through counsel, and pursuant to Federal Rule of Civil Procedure 56(d), to request an extension of time to complete discovery in order to conduct necessary discovery to respond to ATF's motion for summary judgment. In support of this motion, Taylor is submitting: 1) his Memorandum of Law, 2) the Affidavit of Timothy Rudd, and 3) Taylor's First Set of Discovery Requests to Respondent.

WHEREFORE, Taylor respectfully requests that this honorable Court grant its F.R.C.P. 56(d) motion and permit discovery on the matters at issue in this case. Alternatively, in the event that Taylor's present F.R.C.P. 56(d) motion is denied, he requests an extension of time in the amount of 21 days from the date of such order to respond to Respondent's motion for summary judgment.

DATED: April 12, 2012

        Respectfully submitted,

        /s/ Timothy R. Rudd
        _____

        Scott L. Braum *pro hac vice*
        *Email*: slb@braumlaw.com
        Timothy R. Rudd *pro hac vice*
        *Email*: trr@braumlaw.com
        SCOTT L. BRAUM & ASSOCIATES, LTD.
        812 East Franklin Street, Suite C
        Dayton, OH 45459
        *Telephone*: (937) 396-0089
        *Facsimile*: (937) 396-1046

        William J. Fulton – *local counsel*
        *Email:* bfulton138@aol.com
        106 Walnut Street
        Harrisburg, PA 17101
        *Telephone:* (717) 233-5133
        *Facsimile:* (717) 232-2559
        PA. Attorney ID 25457

        Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT W. TAYLOR D/B/A ) | | |
| TAYLOR'S TRADING POST ) | | |
| ) | | |
| Petitioner, ) | | |
| ) | | |
| v. ) | Case No.: | 1:12-cv-00138-JEJ |
| ) | | |
| ALPHONSO HUGHES ) | District Judge: John E. Jones | |
| Director of Industry Operations, ) | | |
| Bureau of Alcohol Tobacco ) | Magistrate Judge: Martin C. Colson | |
| Firearms and Explosives, ) | | |
| ) | | |
| Respondent. ) | | |

_____

**PETITIONER'S CERTIFICATE OF CONCURRENCE/NON-CONCURRENCE**
_____

Timothy R. Rudd, counsel for Petitioner, hereby states that he contacted counsel for Respondent and that Respondent **does not concur** in in Petitioner's 56(d) Motion for Continuance to permit discovery to be had.  However, Respondent **does concur** in Petitioner's request that, in the event that Petitioner's 56(d) Motion is denied, Petitioner be given twenty-one (21) days from such an order to file his response to Respondent's motion for summary judgment.

/s/ Timothy R. Rudd
Counsel for Petitioner

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT W. TAYLOR D/B/A<br>TAYLOR'S TRADING POST | )<br>)<br>) | |
| Petitioner, | )<br>) | |
| v. | ) | Case No.:   1:12-cv-00138-JEJ |
| | ) | |
| ALPHONSO HUGHES<br>Director of Industry Operations,<br>Bureau of Alcohol Tobacco<br>Firearms and Explosives, | )<br>)<br>)<br>) | District Judge: John E. Jones<br><br>Magistrate Judge: Martin C. Colson |
| | ) | |
| Respondent. | ) | |

_____

## CERTIFICATE OF SERVICE
_____

I, the undersigned, do hereby certify that I have filed a true and correct copy of the above and foregoing motion and corresponding memorandum using the Court's ECF system and notification will automatically be sent to any and all counsel that has entered an appearance in this matter.

SO CERTIFIED, this 12th day of April 2012.


/s/ Timothy R. Rudd
Counsel for Petitioner